UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE: Nazario Hernandez<br><br>Nazario Hernandez,<br><br>v.<br><br>FRANKLIN CREDIT MANAGEMENT CORPORATION and DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR BOSCO CREDIT II TRUST SERIES 2010&#8722;1 | CASE NO: 18-13392-TWD<br><br>ADVERSARY CASE NO: 18-01159-TWD<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13<br><br>ECF Docket Reference No. 2 |

On 11/26/2018, I did cause a copy of the following documents, described below,

Summons ECF Docket Reference No. 2

Complaint 1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider. A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 11/26/2018

/s/ Jacob DeGraaff
Jacob DeGraaff  36713
Henry & DeGraaff, P.S.
150 Nickerson St. Ste 311
Seattle, WA  98109-1634
206 330 0595

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| IN RE: Nazario Hernandez | CASE NO: 18-13392-TWD |
| Nazario Hernandez, <br> v. <br> FRANKLIN CREDIT MANAGEMENT CORPORATION and DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR BOSCO CREDIT II TRUST SERIES 2010&#8722;1 | ADVERSARY CASE NO: 18-01159-TWD <br> **CERTIFICATE OF SERVICE** <br> Chapter: 13 <br> ECF Docket Reference No. 2 |

On 11/26/2018, a copy of the following documents, described below,
Summons ECF Docket Reference No. 2

Complaint 1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/26/2018

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jacob DeGraaff
Henry & DeGraaff, P.S.
150 Nickerson St. Ste 311
Seattle, WA 98109-1634

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS

RENEE M. PARKER, ESQ.
THE MORTGAGE LAW FIRM, PLC
27455 TIERRA ALTA WAY, SUITE B
TEMECULA CA 92590