**Below is the Order of the Court.**

Timothy W. Dore
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

1

2

3

4

5

6

7

8  TIMOTHY W. DORE
   United States Bankruptcy Judge
9  700 Stewart Street, Room 8106
   Seattle, WA 98101
10 (206) 370-5300

11

12 **UNITED STATES BANKRUPTCY COURT**
   **WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

13

14   In re:

15   NAZARIO HERNANDEZ,                          Bankruptcy No. 18-13392-TWD

16              Debtor.

17   NAZARIO HERNANDEZ,

18              Plaintiff,                        Adversary No. 18-01159-TWD

19        v.

20   FRANKLIN CREDIT MANAGEMENT                   **ORDER DISMISSING THIS ADVERSARY**
     CORPORATION and DEUTSCHE BANK               **PROCEEDING**
21   NATIONAL TRUST COMPANY AS
     TRUSTEE FOR BOSCO CREDIT II TRUST
22   SERIES 2010-1,

23              Defendants.

24        THIS MATTER came before the Court on the Defendants' motion to dismiss [Docket No. 6]

25   ("Motion"). The Court has reviewed and considered the Motion, all documents submitted in support of

ORDER DISMISSING THIS ADVERSARY PROCEEDING - 1

and in opposition to the Motion, the records and files in this adversary proceeding and the oral argument made at the February 6, 2019 hearing on the Motion. At the conclusion of that hearing, the Court stated its reasons for granting the Motion.

Now, therefore, it is hereby ORDERED that this adversary proceeding is dismissed with prejudice.

*/// End of Order ///*

ORDER DISMISSING THIS ADVERSARY PROCEEDING - 2