UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE DIVISION

| | |
|---|---|
| In Re:<br><br>Nazario Hernandez,<br>  Debtor,<br><br>Nazario Hernandez<br><br>  Plaintiff(s),<br><br>V.<br><br>Franklin Credit Management Copr. and Deutsche Bank National Company as Trustee For Bosco Credit II Trust Series 2010-1,<br><br>  Defendant(s). | Bankruptcy Case No.: 18-13392-TWD<br><br>Adversary Case No.: 18-01159-TWD<br><br>CHAPTER 13<br><br>**NOTICE OF APPEARANCE** |

**TO THE HONORABLE TIMOTHY W. DORE, UNITED STATES DISTRICT COURT JUDGE, THE APPELLANT AND COUSNEL OF RECORD, THE UNITED STATES TRUSTEE AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Kristin A. Zilberstein, of Padgett Law Group hereby enters an appearance on behalf of Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 and its servicer, Franklin Credit Management Corp., a secured creditor in the above-captioned case.

Notice of Appearance– Page 1

Padgett Law Group
5501 LBJ Freeway, Suite 925
Dallas, TX 75240
Tele: (850) 422-2520

| | |
|---|---|
| 1 | The undersigned, without waiving objection to insufficiency of service of process, lack |
| 2 | of jurisdiction, improper venue, and without waiving any and all defenses, counter-claims and |
| 3 | cross-claims, hereby appears in the above entitled action and requests that all papers or |
| 4 | pleadings herein be served upon the undersigned attorney at the address stated below. |
| 5 | |
| 6 | Kristin A Zilberstein<br>PADGETT LAW GROUP |
| 7 | 5501 LBJ Freeway, Suite 925<br>Dallas, TX 75240 |
| 8 | Telephone: (850) 422-2520<br>Kris.Zilberstein@Padgettlawgroup.com |
| 9 | |
| 10 | |
| 11 | DATED October 7, 2020     **PADGETT LAW GROUP** |
| 12 | |
| 13 | By: /s/ Kristin A. Zilberstein<br>     Kristin A. Zilberstein, WSBA # 47798 |
| 14 |      Attorney for Plaintiff<br>     Kris.Zilberstein@Padgettlawgroup.com |

Notice of Appearance– Page 2

Padgett Law Group
5501 LBJ Freeway, Suite 925
Dallas, TX 75240
Tele: (850) 422-2520

Case 18-01159-TWD    Doc 34    Filed 10/07/20    Ent. 10/07/20 10:09:28    Pg. 2 of 4

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE DIVISION

| | |
|---|---|
| In Re:<br><br>Nazario Hernandez,<br>      Debtor,<br><br>Nazario Hernandez<br>      Plaintiff(s),<br><br>V.<br><br>Franklin Credit Management Copr. and Deutsche Bank National Company as Trustee For Bosco Credit II Trust Series 2010-1,<br><br>      Defendant(s). | Bankruptcy Case No.: 18-13392-TWD<br><br>Adversary Case No.: 18-01159-TWD<br><br>CHAPTER 13<br><br>**PROOF OF SERVICE** |

On October 7, 2020, I served the foregoing documents described as Notice of Appearance on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR PLAINTIFF
Jacob Daniel DeGraaff
mainline@hdm-legal.com

Proof of Service– Page 1

Padgett Law Group
5501 LBJ Freeway, Suite 925
Dallas, TX 75240
Tele: (850) 422-2520

Case 18-01159-TWD    Doc 34    Filed 10/07/20    Ent. 10/07/20 10:09:28    Pg. 3 of 4

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.

3                          /s/ Angelica Reyes

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proof of Service– Page 2

Padgett Law Group
5501 LBJ Freeway, Suite 925
Dallas, TX 75240
Tele: (850) 422-2520

Case 18-01159-TWD    Doc 34    Filed 10/07/20    Ent. 10/07/20 10:09:28    Pg. 4 of 4