**Below is the Judgment of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br>NAZARIO HERNANDEZ,<br><br>Debtor.<br>_____<br>NAZARIO HERNANDEZ,<br><br>Plaintiff,<br>v.<br>FRANKLIN CREDIT MANAGEMENT CORPORATION and DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR BOSCO CREDIT II TRUST SERIES 2010-1,<br><br>Defendants. | Case No. 18-13392-TWD<br><br>Adversary No. 18-01159-TWD<br><br>DEFAULT JUDGMENT |

THIS MATTER having come for hearing before the Judge of the above-entitled Court upon the Plaintiffs' Motion for Default against Franklin Credit Management Corporation and Deutsche Bank National Trust Company as Trustee for Bosco Credit II Trust Series 2010-1, and

DEFAULT JUDGMENT - Page 1

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Plaintiff being represented by their attorneys, Jacob DeGraaff of Henry & DeGraaff, P.S., and Franklin Credit Management Corporation and Deutsche Bank National Trust Company as Trustee for Bosco Credit II Trust Series 2010-1 having appeared via their attorney Kristin A. Zilberstein of Padgett Law Group but failing to answer or plead herein and the Court having considered the Plaintiffs' Motion for Default Judgment and the other pleadings in the record and being otherwise fully advised in the premises, NOW, THEREFORE, it is hereby

ORDERED, ADJUDGED and DECREED that the Deed of Trust Lien serviced by Franklin Credit Management Corporation and held by Deutsche Bank National Trust Company as Trustee for Bosco Credit II Trust Series 2010-1, as filed in this case as claim number 3 and recorded in King County Records under recording number 20060818002016, is hereby void and cancelled. And it is FURTHER

ORDERED, ADJUDGED and DECREED that the Title is hereby quieted against the interest of Franklin Credit Management Corporation and held by Deutsche Bank National Trust Company as Trustee for Bosco Credit II Trust Series 2010-1 pursuant to RCW 7.28.300.

//END OF ORDER//

Presented by:

HENRY & DEGRAAFF. P.S.

*/s/ Jacob DeGraaff*
Jacob DeGraaff, WSBA 36713
Attorney for Plaintiff

DEFAULT JUDGMENT - Page 2

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 18-01159-TWD    Doc 41    Filed 12/01/20    Ent. 12/01/20 17:46:31    Pg. 2 of 2